United States Bankruptcy Court for the:

EASTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____ Chapter **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **DWK FOWLER CONSTRUCTION, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **30-0391464** |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **58045 Spokane Blvd NE** **Grand Coulee, WA 99133** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Grant** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL)

6.  **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.**   **Describe debtor's business**

     A. *Check one:*

     ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

     ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

     ☐ Railroad (as defined in 11 U.S.C. § 101(44))

     ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

     ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

     ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

     ■ None of the above

     B. *Check all that apply*

     ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

     ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

     ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

     C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
        http://www.uscourts.gov/four-digit-national-association-naics-codes.

        __2361__

---

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

     *Check one:*

     ■ Chapter 7

     ☐ Chapter 9

     ☐ Chapter 11. *Check **all** that apply:*

         ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

         ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

         ☐ A plan is being filed with this petition.

         ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

         ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

         ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

     ☐ Chapter 12

---

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

     ■ No.

     ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|----------|-------------|------|-------------|-------------|-------------|
| District | _____ | When | _____ | Case number | _____ |

---

23-01176-FPC7    Doc 1    Filed 09/19/23    Entered 09/19/23 15:16:35    Pg 2 of 43

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____  Case number, if known _____

**11.** **Why is the case filed in _this district_?**

_Check all that apply:_

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (_Check all that apply._)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
         Contact name _____
         Phone _____

---

███ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

_Check one:_

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.** **Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.** **Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 19, 2023**
           MM / DD / YYYY

**X** **/s/ Wayne Fowler** _____          **Wayne Fowler** _____
Signature of authorized representative of debtor                    Printed name

Title   **Managing member** _____

**18. Signature of attorney**

**X** **/s/ Elizabeth M. McBride** _____          Date   **September 19, 2023** _____
Signature of attorney for debtor                                                  MM / DD / YYYY

**Elizabeth M. McBride 16035** _____
Printed name

**Elizabeth M. McBride, P.S. Corp.** _____
Firm name

**28 W Indiana Avenue Ste G**
**Spokane, WA 99205** _____
Number, Street, City, State & ZIP Code

Contact phone   **(509) 838-0435** _____          Email address   **lisa@lisamcbride.com** _____

**16035 WA** _____
Bar number and State

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 19, 2023**          X **/s/ Wayne Fowler**
                                               Signature of individual signing on behalf of debtor

                                               **Wayne Fowler**
                                               Printed name

                                               **Managing member**
                                               Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

Debtor name   **DWK FOWLER CONSTRUCTION, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF WASHINGTON

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals        12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*..............................................................................     $       **0.00**

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*............................................................................     $       **13,085.00**

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*..............................................................................     $       **13,085.00**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................     $       **0.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................     $       **828,144.23**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................     +$       **389,680.73**

4. **Total liabilities** ....................................................................................................
   Lines 2 + 3a + 3b                 $       **1,217,824.96**

Debtor name   **DWK FOWLER CONSTRUCTION, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF WASHINGTON

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property     12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.    **Raw materials**

| **old materials stored in the shop** | | $0.00 | | $300.00 |
|---|---|---|---|---|

| | | |
|---|---|---|
| 20. | **Work in progress** | |
| 21. | **Finished goods, including goods held for resale** | |
| 22. | **Other inventory or supplies** | |

| | | |
|---|---|---|
| 23. | **Total of Part 5.** | $300.00 |
| | Add lines 19 through 22.  Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
☐■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐■ No
☐ Yes. Book value _____    Valuation method _____    Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐■ No
☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☐■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**2 office chairs 125, cabinet for copier 210, 2 office desks 1700, 2 file cabinets 600,** | $0.00 | | $2,635.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>canon mf-743cdw cpy fax machine | $0.00 | | $620.00 |
|    Dell comnputer | $0.00 | | $700.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.**   **Total of Part 7.**                | **$3,955.00** |
Add lines 39 through 42. Copy the total to line 86.

**44.**   **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.**   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.**   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2002 Ford F150 Pickup**<br>**1ftrx18W02na21924 3600000 plus miles** | **$4,500.00** | N/A | **$4,500.00** |
| **48.**   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.**   **Aircraft and accessories** | | | |
| **50.**   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**paint sprayer 450, Porter Cable air compressor 100, power trowel 400, air cleaner for shop 400, 2 aluminum ladders 600, 2 fiberglass ladders extension 22' 550, 2 hand truck 105, 2 portable heaters 550, Ridgid chop saw 600, Ridgid table saw 350, 3 hammers 40, 2 prybars 20, hand saw 20, 6 clamps 25, 10 screwdrivers 25, 2 levels 45, drill bits 50** | **$4,330.00** | Liquidation | **$4,330.00** |

**51.**   **Total of Part 8.**                | **$8,830.00** |
Add lines 47 through 50. Copy the total to line 87.

**52.**   **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.**   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.

☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $300.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,955.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $8,830.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $13,085.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $13,085.00 |

Fill in this information to identify the case:

Debtor name   **DWK FOWLER CONSTRUCTION, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Debtor name **DWK FOWLER CONSTRUCTION, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address **DEPT OF LABOR & INDUSTRIES PO BOX 44171 OLYMPIA, WA 98504-4171** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$159,839.22** | **Unknown** |
| | Date or dates debt was incurred **2021** | Basis for the claim: **Industrial Insurance** | | |
| | Last 4 digits of account number **2903** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address **DEPT OF REVENUE 2101 FOURTH AVE #1400 Seattle, WA 98121-2300** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$253,572.37** | **$253,572.37** |
| | Date or dates debt was incurred **2022** | Basis for the claim: **Business and Licensing tax** | | |
| | Last 4 digits of account number **7439** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $146,334.62 | $146,334.62 |
|---|---|---|---|---|
| | **EMPLOYMENT SECURITY DEPT**<br>**PO BOX 9046**<br>**OLYMPIA, WA 98507-9046** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2022** | Basis for the claim:<br>**Industrial Insurance** | | |
| | Last 4 digits of account number __**2000**__ | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $268,398.02 | $268,398.02 |
|---|---|---|---|---|
| | **Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br><br><br><br><br><br><br>**2017 to 2020** | Basis for the claim:<br>**941 taxes:**<br>**6/30/2017 - $3,546.92**<br>**9/30/2017 - $18,733.78**<br>**9/30/2019 - $6447.09**<br>**12/31/2019 - $42,552.11**<br>**3/31/2020 - $24,985.07**<br>**6/30/2020 - $28,329.17**<br>**9/30/2020 - $48,999.90**<br>**12/31/2020 - $47,241.87** | | |
| | Last 4 digits of account number __**1464**__ | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,341.00 |
| | **AAA Concrete Inc**<br>**Kelsey Rhead**<br>**PO Box 5159**<br>**Benton City, WA 99320** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s)** debt was incurred __**2022**__ | Basis for the claim:  **supplier sent to NACM Commercial Services** | |
| | Last 4 digits of account number __**4838**__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,099.72 |
|---|---|---|---|
| | **All Valley Construction**<br>**PO Box 447**<br>**Tonasket, WA 98855** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s)** debt was incurred _ | Basis for the claim:  **charge account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,634.00 |
|---|---|---|---|

**Alpine Home Products**
**9300 N Market**
**Spokane, WA 99217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  material

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,975.00 |
|---|---|---|---|

**Barlow Truss**
**PO Box 37**
**Weippe, ID 83553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  NSF check lien released as to clients property

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,762.32 |
|---|---|---|---|

**Basin Refrigeration**
**10158 Linder Rd NE**
**Moses Lake, WA 98837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  charge account

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,194.25 |
|---|---|---|---|

**CAPITAL ONE**
**PO BOX 30285**
**SALT LAKE CITY, UT 84130-0285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  credit card

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,004.09 |
|---|---|---|---|

**CAPITAL ONE Cabela's**
**PO BOX 30285**
**SALT LAKE CITY, UT 84130-0285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  credit card

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,295.00 |
|---|---|---|---|

**CBIC**
**PO Box 9271**
**Seattle, WA 98109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/21

Basis for the claim:  insurance

Last 4 digits of account number  7098

Is the claim subject to offset? ■ No  ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,060.00 |
|---|---|---|---|

**CENTRAL BONDED COLLECTORS**
**PO BOX 1073**
**MOSES LAKE, WA 98337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2022

Basis for the claim:  Alpine Rail  2059.00
**Alpine Home Products  1569.00**
**Moses Lake Steel 3304.00**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,722.13 |
|---|---|---|---|

**Champion Concrete Pumping**
**26769 W Hwy 53**
**Hauser, ID 83854**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **charge account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,498.20 |
|---|---|---|---|

**CNH Capital**
**Dept 10460**
**Palatine, IL 60055-0460**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Case Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,314.00 |
|---|---|---|---|

**Collection Professionals**
**PO Box 1340**
**Cody, WY 82414-1340**

Date(s) debt was incurred  **12/22**

Last 4 digits of account number  **2056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **collection for North Cascades Bank**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,556.90 |
|---|---|---|---|

**Columbia Glass**
**1607 W Broadway Ave Ste A**
**Moses Lake, WA 98837**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **charge account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,339.43 |
|---|---|---|---|

**Contech Engineered Solutions**
**2823 S Craig Rd**
**Airway Heights, WA 99001**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NSF returned check**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,534.73 |
|---|---|---|---|

**DSJ Electric**
**PO Box 471**
**Coulee City, WA 99115**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **charge account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,540.00 |
|---|---|---|---|

**DSJ Electric**
**c/o Menzer Law**
**2800 First Ave #328**
**Seattle, WA 98121**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **subcontractor sevices**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,233.42 |
|---|---|---|---|

**E.B. Bradley**
**3200 E Trent Ave #2A**
**Spokane, WA 99202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __charge account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,369.84 |
|---|---|---|---|

**Gale Contractor**
**PO Box 634**
**Wenatchee, WA 98807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __charge account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26.69 |
|---|---|---|---|

**Grange Insurance**
**PO Box 21089**
**Seattle, WA 98111-3809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __cancelled insurance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $238.06 |
|---|---|---|---|

**Granite  Construction**
**249 Rodeo Trail Rd**
**Okanogan, WA 98840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __charge account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,505.45 |
|---|---|---|---|

**HD Fowler Company**
**PO Box 160**
**Bellevue, WA 98009-0160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __charge account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,040.65 |
|---|---|---|---|

**Homestead Hardware**
**Chad Blevins**
**PO Box 366**
**Coulee City, WA 99115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __charge account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,388.00 |
|---|---|---|---|

**Inland Fastening Systems**
**PO Box 28128**
**Spokane, WA 99228-8128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __charge account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,718.80 |
|---|---|---|---|

**Insulation Master & Drywall**
**4296 Stratford RD NE**
**Moses Lake, WA 98837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __charge account__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,213.35 |
|---|---|---|---|

**Legion Concrete Services**
**1228 Fourth St**
**Wenatchee, WA 98801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __charge account__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $224.37 |
|---|---|---|---|

**Leviton Law Firm LTD**
**One Pierce Place Ste 725W**
**Itasca, IL 60143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __6801__

Basis for the claim: __collection for Ohio Casualty Liberty Mutual__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,040.42 |
|---|---|---|---|

**Martinez Construction**
**20551 Builders St Unit B**
**Bend, OR 97701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __charge account__
__(Nguyen $7660)__
__(Moffat $16380.42)__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,346.78 |
|---|---|---|---|

**Moses Lake Steel**
**PO Box 1122**
**Moses Lake, WA 98837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __charge account__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,560.00 |
|---|---|---|---|

**NACM Business Credit Services**
**2201 SW 152 nd St**
**Seattle, WA 98166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __3769__

Basis for the claim: __HD Fowler $2,560.06__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,446.00 |
|---|---|---|---|

**NACM Commerical Services**
**606 N Pines Rd. Ste 102**
**Spokane, WA 99206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

Last 4 digits of account number _

Basis for the claim: __business debt collection__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,983.00 |
|---|---|---|---|

**North Cascades Bank**
**608 Midway Ave**
**Grand Coulee, WA 99133**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **overdraft IRS pulled money from account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**North Idaho Truck & Crane**
**34461 N Saint Joe Drive**
**Spirit Lake, ID 83869**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **equipment services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,300.00 |
|---|---|---|---|

**Onyx Collection**
**202 Anderson Ave**
**Belvue, KS 66407**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collection**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,024.63 |
|---|---|---|---|

**Pape Machinery**
**PO Box 5077**
**Portland, OR 97208-5077**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Philippe Kirsanov /Ellina Charipova**
**Foreman Hotchkiss et al**
**PO Box 3125**
**Wenatchee, WA 98807-3125**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  **2122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **suit against bond**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Phillipe Kirsanov**
**4005 E Plum Pt**
**Grand Coulee, WA 99133**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **suit on unfinished home**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,168.00 |
|---|---|---|---|

**Productivity Plus**
**CNH Industrial Accounts**
**PO Box 71264**
**Philadelphia, PA 19176-6264**

Date(s) debt was incurred  **5/16/23**

Last 4 digits of account number  **5564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $224.14 |

**SECO Construction**
539 SE Division PL
Portland, OR 97202

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __charge account__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $717.47 |

**Sherwin Williams**
503 N Pines Rd
Spokane, WA 99206

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __charge account__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,879.83 |

**Spokane Hardware Supply**
PO Box 2664
Spokane, WA 99220-2664

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __charge account__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,954.19 |

**Spokane Teacher's Credit Union**
PO Box 1954
Spokane, WA 99210

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Line of Credit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $377.95 |

**Tacoma Screw Products**
229 S Howe Rd
Spokane Valley, WA 99212

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __charge account__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,096.00 |

**Tero Employment Rights Office**
PO Box 150
Nespelem, WA 99155

Date(s) debt was incurred __7/2019__
Last 4 digits of account number __0062__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __renovation of MTFC Building__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39,913.73 |

**Timberline Truss**
25414 E Rowan Ave
Newman Lake, WA 99025

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __charge acount__

Is the claim subject to offset? ■ No ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,009.00 |
|---|---|---|---|

**Time Payment Corp**
**1600 District Ave Ste 200**
**Burlington, MA 01803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: _

Last 4 digits of account number **0928**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,824.29 |
|---|---|---|---|

**United Rentals**
**100 First Stamford PL Ste 700**
**Stamford, CT 06902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Rental fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $866.00 |
|---|---|---|---|

**United States Liability Insurance**
**PO Box 62778**
**Baltimore, MD 21264-2778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Insurance**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Walter Haig**
**2339 Jump Canyon Rd**
**WA 99227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **suit on unfinished home**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,138.00 |
|---|---|---|---|

**Western Surety / CNA Surety**
**101 S Reid St Ste 300**
**Sioux Falls, SD 57103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Bond insurance**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,181.90 |
|---|---|---|---|

**White Cap**
**3825 E Trent Ave**
**Spokane, WA 99202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **charge account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **DELLWO, ROBERTS & SCANLON**<br>**1124 W RIVERSIDE STE 310**<br>**SPOKANE, WA 99201** | Line **3.34**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | DWK FOWLER CONSTRUCTION, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | **INTERNAL REVENUE SERVICE**<br>**915 2ND AVE M/S W244**<br>**SEATTLE, WA 98174** | Line **2.4**<br><br>☐ Not listed. Explain ____ | _ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 828,144.23 |
| **5b. Total claims from Part 2** | 5b. + $ | 389,680.73 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 1,217,824.96 |

**Fill in this information to identify the case:**

Debtor name    **DWK FOWLER CONSTRUCTION, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF WASHINGTON

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
  ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
  ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**

Column 2: **Creditor**

| | Name | Mailing Address | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|
| 2.1 | _____ | Street _____ | | | _____ | ☐ D ☐ E/F ☐ G |
| | | City   State   Zip Code | | | | |
| 2.2 | _____ | Street _____ | | | _____ | ☐ D ☐ E/F ☐ G |
| | | City   State   Zip Code | | | | |
| 2.3 | _____ | Street _____ | | | _____ | ☐ D ☐ E/F ☐ G |
| | | City   State   Zip Code | | | | |
| 2.4 | _____ | Street _____ | | | _____ | ☐ D ☐ E/F ☐ G |
| | | City   State   Zip Code | | | | |

Debtor name **DWK FOWLER CONSTRUCTION, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:  Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **For prior year:** From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$1,103,124.00** |
| **For year before that:** From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$2,559,517.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:  List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| | | | |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   Wayne Fowler 58045 Spokane Blvd Grand Coulee, WA 99133 owner | | $0.00 | |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Internal Revenue Service Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101-7346** | **Money from Bank Account** | Oct 2022??? | $0.00 |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **7.1.** **Whitestone Property Management LLC V DWK FOWLER CONSTRUCTION AND WAYNE FOWLER 232-00014-22** | **Breach of Contract, Breach of Implied Duty of Good Faith and Fair Dealing, Unjust Enrichment, Violation of the Consumer Protection Act, Common Law Fraud, Negligent Misrepresentation. Veil Piercing Against Defendant Fowler** | **Lincoln County Superior Court 450 Logan St Davenport, WA 99122** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.2.** **Pape Machinery Inc  v v DWK Fowler Construction, LLC Y231276** | **collection** | **Grant County District Court 35 C St NW Ephrata, WA 98823** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.3.** **DSJ Electric v DWK Construction and Wayne Fowler 2320032213** | **collection of monies owed** | **Grant County Superior Court 35 C St NW Ephrata, WA 98823** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.4.** **Basin Refrigeration v DWK Fowler ConstructionLLC y230318** | **collection** | **Grant County District Court 35 C St NW Ephrata, WA 98823** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.5.** **Alpine Rail & Patio v DWK Fowler Construction LLC and Wayne Fowler Y221731** | | **Grant County District Court 35 C St NW Ephrata, WA 98823** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.6.** **Mutual Materials v DWK Fowler Construction LLC and Wayne Fowler** | **collection** | **Grant County Superior Court 35 C St NW Ephrata, WA 98823** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **7.7.** **Philippe Kirsanov and Ellina Charipova v DWK Fowler Construction LLC  and Wayne Fowler 2320002122** | | **LINCOLN COUNTY Superior COURT PO BOX 329 DAVENPORT, WA 99122-0329** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

   | Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
   |---|---|---|---|
   | | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

   | | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
   |---|---|---|---|---|
   | 11.1. | **Elizabeth M. McBride, P.S. Corp.**<br>**28 W Indiana Avenue Ste G**<br>**Spokane, WA 99205** | **Attorney Fees $1900 plus file fee** | **Feb 2023** | **$1,900.00** |
   | | Email or website address<br>**lisa@lisamcbride.com** | | | |
   | | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

   | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
   |---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

   | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
   |---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

   | Address | Dates of occupancy From-To |
   |---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

   | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
   |---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ☐ None

   | | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
   |---|---|---|---|---|---|
   | 18.1. | Glacier Bank PO Box 1648 Chelan, WA 98816 | XXXX-2056 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | December 2022 | $0.00 |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Emily Zwainz**<br>**30567 Zwainz Road**<br>**Reardan, WA 99029** | **2019 to 2022** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Wayne Fowler | 58045 Spokane Blvd NE<br>Grand Coulee, WA 99133 | 100%member | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Wayne Fowler** | **50845 Spokane Blvd Grand Coulee, WA 99133** | **owner member** | |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __September 19, 2023__

__/s/ Wayne Fowler__
Signature of individual signing on behalf of the debtor

__Wayne Fowler__
Printed name

Position or relationship to debtor   __Managing member__

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

# United States Bankruptcy Court
## Eastern District of Washington

In re   **DWK FOWLER CONSTRUCTION, LLC**     Case No. _____

Debtor(s)     Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | **1,900.00** |
| Prior to the filing of this statement I have received | $ | **1,900.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September 19, 2023**            **/s/ Elizabeth M. McBride**

*Date*                           **Elizabeth M. McBride 16035**
                                    *Signature of Attorney*
                                    **Elizabeth M. McBride, P.S. Corp.**
                                    **28 W Indiana Avenue Ste G**
                                    **Spokane, WA 99205**
                                    **(509) 838-0435   Fax: (509) 327-2810**
                                    **lisa@lisamcbride.com**
                                    *Name of law firm*

**United States Bankruptcy Court**
**Eastern District of Washington**

In re   **DWK FOWLER CONSTRUCTION, LLC** _____    Case No. _____

                                                       Debtor(s)            Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Managing member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:    **September 19, 2023** _____           **/s/ Wayne Fowler** _____

                                                         **Wayne Fowler**/**Managing member**
                                                         Signer/Title

DWK FOWLER CONSTRUCTION, LLC
58045 Spokane Blvd NE
Grand Coulee, WA 99133


Elizabeth M. McBride
Elizabeth M. McBride, P.S. Corp.
28 W Indiana Avenue Ste G
Spokane, WA 99205


AAA Concrete Inc
Kelsey Rhead
PO Box 5159
Benton City, WA 99320


All Valley Construction
PO Box 447
Tonasket, WA 98855


Alpine Home Products
9300 N Market
Spokane, WA 99217


Barlow Truss
PO Box 37
Weippe, ID 83553


Basin Refrigeration
10158 Linder Rd NE
Moses Lake, WA 98837


CAPITAL ONE
PO BOX 30285
SALT LAKE CITY, UT 84130-0285


CAPITAL ONE Cabela's
PO BOX 30285
SALT LAKE CITY, UT 84130-0285

CBIC
PO Box 9271
Seattle, WA 98109


CENTRAL BONDED COLLECTORS
PO BOX 1073
MOSES LAKE, WA 98337


Champion Concrete Pumping
26769 W Hwy 53
Hauser, ID 83854


CNH Capital
Dept 10460
Palatine, IL 60055-0460


Collection Professionals
PO Box 1340
Cody, WY 82414-1340


Columbia Glass
1607 W Broadway Ave Ste A
Moses Lake, WA 98837


Contech Engineered Solutions
2823 S Craig Rd
Airway Heights, WA 99001


DELLWO, ROBERTS & SCANLON
1124 W RIVERSIDE STE 310
SPOKANE, WA 99201


DEPT OF LABOR & INDUSTRIES
PO BOX 44171
OLYMPIA, WA 98504-4171

DEPT OF REVENUE
2101 FOURTH AVE #1400
Seattle, WA 98121-2300


DSJ Electric
PO Box 471
Coulee City, WA 99115


DSJ Electric
c/o Menzer Law
2800 First Ave #328
Seattle, WA 98121


E.B. Bradley
3200 E Trent Ave #2A
Spokane, WA 99202


EMPLOYMENT SECURITY DEPT
PO BOX 9046
OLYMPIA, WA 98507-9046


Gale Contractor
PO Box 634
Wenatchee, WA 98807


Grange Insurance
PO Box 21089
Seattle, WA 98111-3809


Granite  Construction
249 Rodeo Trail Rd
Okanogan, WA 98840


HD Fowler Company
PO Box 160
Bellevue, WA 98009-0160

Homestead Hardware
Chad Blevins
PO Box 366
Coulee City, WA 99115


Inland Fastening Systems
PO Box 28128
Spokane, WA 99228-8128


Insulation Master & Drywall
4296 Stratford RD NE
Moses Lake, WA 98837


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


INTERNAL REVENUE SERVICE
915 2ND AVE M/S W244
SEATTLE, WA 98174


Legion Concrete Services
1228 Fourth St
Wenatchee, WA 98801


Leviton Law Firm LTD
One Pierce Place Ste 725W
Itasca, IL 60143


Martinez Construction
20551 Builders St Unit B
Bend, OR 97701


Moses Lake Steel
PO Box 1122
Moses Lake, WA 98837

NACM Business Credit Services
2201 SW 152 nd St
Seattle, WA 98166


NACM Commerical Services
606 N Pines Rd. Ste 102
Spokane, WA 99206


North Cascades Bank
608 Midway Ave
Grand Coulee, WA 99133


North Idaho Truck & Crane
34461 N Saint Joe Drive
Spirit Lake, ID 83869


Onyx Collection
202 Anderson Ave
Belvue, KS 66407


Pape Machinery
PO Box 5077
Portland, OR 97208-5077


Philippe Kirsanov /Ellina Charipova
Foreman Hotchkiss et al
PO Box 3125
Wenatchee, WA 98807-3125


Phillipe Kirsanov
4005 E Plum Pt
Grand Coulee, WA 99133


Productivity Plus
CNH Industrial Accounts
PO Box 71264
Philadelphia, PA 19176-6264

SECO Construction
539 SE Division PL
Portland, OR 97202


Sherwin Williams
503 N Pines Rd
Spokane, WA 99206


Spokane Hardware Supply
PO Box 2664
Spokane, WA 99220-2664


Spokane Teacher's Credit Union
PO Box 1954
Spokane, WA 99210


Tacoma Screw Products
229 S Howe Rd
Spokane Valley, WA 99212


Tero Employment Rights Office
PO Box 150
Nespelem, WA 99155


Timberline Truss
25414 E Rowan Ave
Newman Lake, WA 99025


Time Payment Corp
1600 District Ave Ste 200
Burlington, MA 01803


United Rentals
100 First Stamford PL Ste 700
Stamford, CT 06902

United States Liability Insurance
PO Box 62778
Baltimore, MD 21264-2778


Walter Haig
2339 Jump Canyon Rd
WA 99227


Western Surety / CNA Surety
101 S Reid St Ste 300
Sioux Falls, SD 57103


White Cap
3825 E Trent Ave
Spokane, WA 99202

# United States Bankruptcy Court
### Eastern District of Washington

In re    **DWK FOWLER CONSTRUCTION, LLC** _____    Case No. _____

                                         Debtor(s)    Chapter    **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **DWK FOWLER CONSTRUCTION, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

September 19, 2023 _____

Date

/s/ Elizabeth M. McBride _____

**Elizabeth M. McBride 16035**

Signature of Attorney or Litigant

Counsel for    **DWK FOWLER CONSTRUCTION, LLC** _____

**Elizabeth M. McBride, P.S. Corp.**
**28 W Indiana Avenue Ste G**
**Spokane, WA 99205**
**(509) 838-0435 Fax:(509) 327-2810**
**lisa@lisamcbride.com**